DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLENE ROSA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2300

[September 25, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 04-10827CF10A.

Charlene Rosa, Ocala, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

WARNER, CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***